FILED: April 28, 2025

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 25-1228
(6:24-cv-00041-NKM-CKM)

_____

ELLENOR ZINSKI

        Plaintiff - Appellee

v.

LIBERTY UNIVERSITY, INC.

        Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to suspend briefing pending resolution of the motion to dismiss.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk