# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 28, 2025

_____

## RESPONSE REQUESTED
_____

No. 25-1228, <u>Ellenor Zinski v. Liberty University, Inc.</u>
                     6:24-cv-00041-NKM-CKM

TO: Liberty University, Inc.

**RESPONSE DUE: 05/08/2025**

Response is required to the motion to dismiss appeal on or before 05/08/2025.

Kirsten Hancock, Deputy Clerk
804-916-2704