UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1228
(6:24-cv-00041-NKM-CKM)
_____

ELLENOR ZINSKI

    Plaintiff - Appellee

v.

LIBERTY UNIVERSITY, INC.

    Defendant - Appellant

_____

O R D E R
_____

Upon consideration of submissions relative to appellee's motion to dismiss for lack of jurisdiction, the court denies the motion as moot. The Clerk is directed to consolidate this case and case No. 25-1581.

    For the Court

    /s/ Nwamaka Anowi, Clerk