FILED: May 23, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1228 (L)
(6:24-cv-00041-NKM-CKM)

_____

ELLENOR ZINSKI

      Plaintiff - Appellee

v.

LIBERTY UNIVERSITY, INC.

      Defendant - Appellant

_____

No. 25-1581
(6:24-cv-00041-NKM-CKM)

_____

ELLENOR ZINSKI

      Plaintiff - Appellee

v.

LIBERTY UNIVERSITY, INC.

      Defendant - Appellant

_____

O R D E R

_____

The court consolidates Case No. 25-1581 with Case No. 25-1228. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk