# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 27, 2025

_____

RESPONSE REQUESTED - SIMILAR CASES
_____

No. 25-1228 (L),   Ellenor Zinski v. Liberty University, Incorporated
6:24-cv-00041-NKM-CKM

TO:     Association for Biblical Higher Education
        Metropolitan Washington Employment Lawyers Association
        Ellenor Zinski
        Illinois
        Lutheran Church-Missouri Synod
        New Jersey
        Michigan
        Rhode Island
        Brigham Young University-Idaho
        Delaware
        District of Columbia
        Council for Christian Colleges & Universities
        Wisconsin
        Sadhana
        Massachusetts
        National Association of Evangelicals
        California
        Richard  Garnett
        David F. Forte
        Association of Christian Schools International
        Oakland City University
        American Association of Christian Schools
        Church of Jesus Christ of Latter-Day Saints
        Robert F. Cochran
        DignityUSA
        Connecticut
        International Alliance for Christian Education

New York
Stephanie Barclay
Robert J. Pushaw
Vermont
Brigham Young University
Maryland
Bend the Arc
Americans United for Separation of Church and State
Global Justice Institute, Metropolitan Community Churches
Coalition of Progressive Hindus
Maine
Association of Classical Christian Schools
Washington
National Employment Lawyers Association
Keshet
Douglas Laycock
Michael W. McConnell
Colorado
A Jewish Partnership for Justice
Nevada
Minnesota
Liberty University, Incorporated
Brigham Young University-Hawaii
Oregon
Eight Religious Colleges and Universities
Ensign College
Jewish Coalition for Religious Liberty
The Ethics & Religious Liberty Commission of the Southern Baptist Convention
Cardinal Newman Society
Hawaii

**RESPONSE DUE: 10/30/2025**

Response is required to the notice requesting information regarding similar cases on or before 10/30/2025. **Please use the following form to submit response:** Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).**

K. Hancock, Deputy Clerk
804-916-2702